*E-Filed 8/22/11*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANTHONY WAYNE MYERS, SR., | No. C 11-01435 RS (PR) |
| Petitioner, | **ORDER OF DISMISSAL** |
| v. | |
| PEOPLE OF THE STATE OF CALIFORNIA, | |
| Respondent. | |

This is a federal habeas corpus action filed pursuant to 28 U.S.C. § 2254 by a *pro se* state prisoner. Petitioner was granted 30 days in which to pay the $5.00 filing fee, his application to proceed *in forma pauperis* ("IFP") having been denied. More than 30 days have passed, and petitioner has not paid the filing fee. Accordingly, for failing to comply with a filing deadline, the petition is DISMISSED without prejudice to petitioner paying the filing fee, or filing a renewed IFP application if he believes that such application would now be meritorious. The Clerk shall enter judgment in favor of respondent, and close the file.

**IT IS SO ORDERED**.

DATED: August 22, 2011

RICHARD SEEBORG
United States District Judge

No. C 11-01435 RS (PR)
ORDER OF DISMISSAL